1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10

11

12

MARK G. & BERNEE D. STROM,

Plaintiffs,

13

v.

14

UNITED STATES OF AMERICA,

15

Defendant.

16

17

Case No. C06-00802RSL

STIPULATION AND ORDER
TO MODIFY THE AMENDED
ORDER SETTING TRIAL DATE
& RELATED DATES OF
NOVEMBER 21, 2007

18

19

        The parties, by and through their undersigned counsel, hereby stipulate to

20

modifying the Amended Order Setting Trial Date & Related Dates (Docket No. 18)

21

entered on November 21, 2007.  The parties stipulate to the postponement of the dates

22

23

set forth in the Court's Minute Order by approximately sixty (60) days to afford the

24

parties additional time to explore a potential out-of-court resolution of this case through

25

mediation.  The parties have contemporaneously filed a motion to assign a mediator to

26

this case.

STIPULATION TO MODIFY AMENDED ORDER
SETTING TRIAL DATE & RELATED DATES     - 1

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
MILLENNIUM TOWER
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170

1  WHEREFORE, the parties have respectfully stipulated to the following revised

2  dates:

3

4  EVENT                                                                    REVISED
   DATE

5  **TRIAL DATE**                                              **September 8, 2008**

6

7  All motions related to discovery must be noted on the motion
   calendar no later than the Friday before discovery closes

8  pursuant to CR7(d)(3) or CR37(a)(2)(B)

9  Discovery completed by                                      May 2, 2008

10 All dispositive motions must be filed and noted on the       June 6, 2008
   motion calendar by no later than the fourth Friday thereafter

11 (see CR 7(d))

12 Settlement conference per CR 39.1(c)(2) held no later than   March 31, 2008

13 Mediation per CR 39.1(c)(3) held no later than              April 30, 2008

14 All motions in limine must be filed by                      August 1, 2008
   and noted on the motion calendar seven judicial days

15 thereafter pursuant to CR7(d)(2)

16 Agreed pretrial order due                                   August 15, 2008

17 Pretrial conference to be scheduled by the Court

18 Trial briefs and trial exhibits due                         August 26, 2008

19 Length of Trial: 4 days                                     Non Jury

20

21

22

23

24

25

26

STIPULATION TO MODIFY AMENDED ORDER
SETTING TRIAL DATE & RELATED DATES      - 2

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
MILLENNIUM TOWER
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170

1

2
DATED this 15th day of February, 2008.

3
CHICOINE & HALLETT, P.S.

4
s/ Cori Flanders-Palmer

5
Cori Flanders-Palmer, WSBA# 34893

6
Darrell D. Hallett, WSBA# 00562
719 Second Avenue, Suite 425

7
Seattle, WA 98104
Telephone:  (206) 223-0800

8
Facsimile: (206) 467-8170

9
Attorneys for Mark & Bernee Strom

10

11
s/   Jennifer Auchterlonie

12
Jennifer Auchterlonie WSBA#29481
Trial Attorney, Tax Division

13
U.S. Department of Justice
P.O. Box 683

14
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

15
Facsimile: (202) 307-0054

16
Attorney for the United States

17

18
IT IS SO ORDERED that the Amended Order Setting Trial Date & Related Dates dated

19
November 21, 2007 is amended as set forth in the above stipulation.

20

21
Dated this 25th day of February, 2008.

22

23
*Robert S. Lasnik*
Robert S. Lasnik

24
United States District Judge

25

26

STIPULATION TO MODIFY AMENDED ORDER
SETTING TRIAL DATE & RELATED DATES     - 3

CHICOINE & HALLETT, P.S.
719 SECOND AVENUE, SUITE 425
MILLENNIUM TOWER
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170