UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK G. & BERNEE D. STROM,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:06-cv-00802-RSL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Mark G. Strom and Bernee D. Strom stipulate and agree that the above-titled case is to be dismissed with prejudice, Plaintiffs are not entitled to any federal tax refund for 1999 and 2000, and each side is to bear its respective costs and fees of litigation, including attorneys' fees.

/ / /

/ / /

/ / /

/ / /

Stipulation to Dismiss with Prejudice
(Case No. 2:06-cv-00802-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-320-1075

Date: August 13, 2024

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
U.S. Department of Justice Tax Division
P.O. Box 683
Washington, D.C. 20044
chelsea.e.bissell@usdoj.gov
Telephone: (202) 320-1075
Facsimile: (202) 307-0054

*Counsel for the United States*

*/s/ John Colvin*
JOHN COLVIN
COLVIN & HALLETT, P.S.
1011 Western Avenue, Suite 803
Seattle, WA  98104
Telephone: (206) 223-0800
*Attorney for Plaintiffs*

IT IS SO ORDERED.

Dated this 14th day of August, 2024.

_____
Robert S. Lasnik
United States District Judge

Stipulation to Dismiss with Prejudice
(Case No. 2:06-cv-00802-RSL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-320-1075